1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS L. MASSON, JR.

Petitioner,

v.

E. VALENZUELA, Warden,

Respondent.

Case No.  16-cv-01299-KAW (PR)

ORDER OF TRANSFER

United States District Court
Northern District of California

11       Petitioner, a state prisoner incarcerated at California Men's Colony, in San Luis Obispo,

12   which lies within the Central District of California, has filed a *pro se* petition for a writ of habeas

13   corpus pursuant to 28 U.S.C. § 2254, challenging a conviction and sentence imposed in the San

14   Diego County Superior Court.

15       A federal petition for a writ of habeas corpus made by a person in custody under the

16   judgment and sentence of a state court is properly filed in either the district of confinement or the

17   district of conviction.  28 U.S.C. § 2241(d).  The district court where the petition is filed may

18   transfer the petition to the proper district in the furtherance of justice.  *Id.*

19       Pursuant to Habeas Local Rule 2254-3(a)(1), venue is proper in the Northern District for

20   petitions challenging the lawfulness of a conviction or sentence from the following counties:

21   Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Benito, San

22   Francisco, San Mateo, Santa Clara, Santa Cruz and Sonoma.  Under Habeas Local Rule 2254(b),

23   if a petition filed in the Northern District does not conform to Habeas Local Rule 2254-3(a), venue

24   shall be transferred to the district of conviction or sentencing, if the petition is challenging the

25   conviction or sentence.

26       Petitioner is challenging a conviction and sentence imposed in the San Diego County

27   Superior Court, which lies within the venue of the Southern District of California.  28 U.S.C.

28   § 84(b).  Thus, the proper venue for this petition lies in the Southern District, not in this district.

1     Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice,

2 the Clerk of the Court is ordered to TRANSFER this action to the United States District Court for

3 the Southern District of California.

4     All remaining motions are TERMINATED on this Court's docket as no longer pending in

5 this Court.

6     **IT IS SO ORDERED.**

7 Dated: April 4, 2016

8 KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California